WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         jchang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
OPERATING ENGINEERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS** (**Hawaii Operating Engineers Annuity Trust Fund by its Trustees**, Lance Wilhelm, Kathleen Thurston, Corey Yamashita, Marnie Koga Hursty, Leonard Dempsey, Dan Reding, Steve Ingersoll, Analesea Tuiasosopo, Justin Diston and Glenn Koester; and **Operating Engineers and Participating Employers Pre Apprentice, Apprentice and Journeyman Affirmative Action Training Fund for Hawaii** by its Trustees, Leonard Leong, Gary Iwamoto, Richard Heltzel, Ryder Coelho, Russell | CIVIL NO. 21-00352 JMS-WRP<br><br>**NOTICE OF DISMISSAL OF COMPLAINT, FILED ON AUGUST 20, 2021 [DOCUMENT NO. 1]**<br><br>No trial date set |

| | |
|---|---|
| Inouye, Peter Sohn, Dan Reding, Steve Ingersoll, Analesea Tuisosopo, Justin Diston and Herman "Hekili" Hipa, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| WAYNE'S ENTERPRISES, INC. a Hawaii corporation, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF DISMISSAL OF COMPLAINT, FILED ON AUGUST 20, 2021S

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and LR41.1, Plaintiffs hereby give notice that they hereby dismiss their Complaint [Document No. 1], filed on August 20, 2021 [Doc. No. 1], without prejudice. There are no remaining parties and/or issues.

Neither an answer has been served by Defendant nor a motion for summary judgment has been filed by the Plaintiffs or Defendant. A trial date has not been set.

DATED:  Honolulu, Hawaii, ___November 8___, 2021.

**WEINBERG, ROGER & ROSENFELD**

/S/ ASHLEY K. IKEDA

ASHLEY K. IKEDA
JERRY P.S. CHANG
Attorneys for Plaintiffs
TRUSTEES OF THE
OPERATING ENGINEERS' TRUST FUNDS

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, November 17, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

3